**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Eastern District of New York (State)

Case number (If known): _____ Chapter 11

☐ Check if this is an amended filing

CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF
NEW YORK

2025 DEC -3 P 2:50

RECEIVED

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | The Law Offices of Edward J. Lake, ~~PC dba The Lake Law Firm~~ LLC |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names, and *doing business as* names | D/B/A THE LAKE LAW FIRM |
| 3. | Debtor's federal Employer Identification Number (EIN) | 85-2860310 |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 270 W Main St.<br>Number    Street | Number    Street |
| Suite 3 | P.O. Box |
| Sayville     NY    11782<br>City     State    ZIP Code | City     State    ZIP Code |
| | Location of principal assets, if different from principal place of business |
| Suffolk<br>County | Number    Street |
| | City     State    ZIP Code |

5. Debtor's website (URL)   https://thelakelawfirm.com

Debtor  The Law Offices of Edward J. Lake, PC dba The Lake Law Firm          Case number (if known)_____
        Name

| 6. | Type of debtor | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
|---|---|---|
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

7. **Describe debtor's business**

   A. *Check one:*

   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ☑ None of the above

   B. *Check all that apply:*

   ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
   ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

   5 4 1 1

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   *Check one:*

   ☐ Chapter 7
   ☐ Chapter 9
   ☑ Chapter 11. *Check all that apply*:

   ☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

   ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   ☑ No
   ☐ Yes.  District _____  When _____  Case number _____
                                         MM / DD / YYYY
              District _____  When _____  Case number _____
                                         MM / DD / YYYY

Official Form 201          Voluntary Petition for Non-Individuals Filing for Bankruptcy          Page 2

Debtor  The Law Offices of Edward J. Lake, PC dba The Lake Law Firm     Case number (if known) _____
               Name

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    ☑ No

    ☐ Yes.   Debtor _____   Relationship _____

            District _____   When _____
                                                                                                MM / DD /YYYY

            Case number, if known _____

11. **Why is the case filed in *this district*?**

    Check all that apply:

    ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☑ No

    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

        **Why does the property need immediate attention?** (Check all that apply.)

        ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
           What is the hazard? _____

        ☐ It needs to be physically secured or protected from the weather.

        ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

        ☐ Other _____

        **Where is the property?** _____
                                        Number      Street

        _____
        City                                      State ZIP Code

        **Is the property insured?**
        ☐ No
        ☐ Yes. Insurance agency _____
              Contact name _____
              Phone _____

---

### Statistical and administrative information

13. **Debtor's estimation of available funds**

    Check one:

    ☑ Funds will be available for distribution to unsecured creditors.

    ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

14. **Estimated number of creditors**

    ☐ 1-49
    ☑ 50-99
    ☐ 100-199
    ☐ 200-999

    ☐ 1,000-5,000
    ☐ 5,001-10,000
    ☐ 10,001-25,000

    ☐ 25,001-50,000
    ☐ 50,001-100,000
    ☐ More than 100,000

Official Form 201               Voluntary Petition for Non-Individuals Filing for Bankruptcy

Debtor    The Law Offices of Edward J. Lake, PC dba The Lake Law Firm       Case number (if known)_____
          Name

**15. Estimated assets**
- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☑ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**
- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  12/03/2025
             MM / DD / YYYY

X _____          Edward J. Lake
Signature of authorized representative of debtor    Printed name

Title  Principal

**18. Signature of attorney**

X _____ (Pending Admin)      Date  12/03/2025
Signature of attorney for debtor                              MM / DD / YYYY

Edward J. Lake
Printed name

The Law Offices of Edward J. Lake, PC dba The Lake Law Firm
Firm name

270 W Main St, Suite 3
Number   Street

Sayville                                NY            11782
City                                    State         ZIP Code

(631) 365-9077                          edlakelaw@yahoo.com
Contact phone                           Email address

2522555                                 NY
Bar number                              State

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NEW YORK
www.nyeb.uscourts.gov

## STATEMENT PURSUANT TO LOCAL
## BANKRUPTCY RULE 1073-2(b)

DEBTOR(S): ___The Law Offices of Edward J. Lake, PC dba The Lake Law Firm___ CASE NO.: _____

Pursuant to Local Bankruptcy Rule 1073-2(b), the debtor (or any other petitioner) hereby makes the following disclosure concerning Related Cases, to the petitioner's best knowledge, information and belief:

[NOTE: Cases shall be deemed "Related Cases" for purposes E.D.N.Y LBR 1073-1 and E.D.N.Y LBR 1073-2 if the earlier case was pending at any time within eight years before the filing of the new petition, and the debtors in such cases (i) are the same; (ii) are spouses or ex-spouses; (iii) are affiliates, as defined in 11 U.S.C. § 101(2); (iv) are general partners in the same partnership; (v) are a partnership and one more of its general partners; (vi) are partnerships which share one or more common general partners; or (vii) have, or within 180 days of the commencement of either of the Related Cases had, an interest in property that was or is included in the property of another estate under 11 U.S.C. § 541(a).]

☐ NO ORDER BARRING DEBTOR FROM FILING A PETITION UNDER ANY CHAPTER IS IN EFFECT.

☐ NO RELATED CASE IS PENDING OR HAS BEEN PENDING AT ANY TIME.

☒ THE FOLLOWING RELATED CASE(S) IS PENDING OR HAS BEEN PENDING:

1. CASE NO.: __630038/2025__ JUDGE: _____ DISTRICT/DIVISION: __Suffolk Supreme Cou__
   CASE PENDING: (YES/NO): __Yes__ [*If closed*] Date of Closing: _____
   CURRENT STATUS OF RELATED CASE: __Pending__
   **(Discharged/awaiting discharge, confirmed, dismissed, etc.)**

   MANNER IN WHICH CASES ARE RELATED: (*Refer to NOTE above*): __Party claims an interest in the property of the estate__

- **SCHEDULE A/B: PROPERTY "OFFICIAL FORM 106A/B - <u>INDIVIDUAL</u>" PART 1 (REAL PROPERTY):**
  REAL PROPERTY AS LISTED IN DEBTOR'S SCHEDULE "A/B – PART 1" WHICH WAS ALSO LISTED IN SCHEDULE "A/B" OF RELATED CASES: _____

- **SCHEDULE A/B: ASSETS – REAL PROPERTY "OFFICIAL FORM 206A/B - <u>NON-INDIVIDUAL</u>" PART 9 (REAL PROPERTY):**
  REAL PROPERTY AS LISTED IN DEBTOR'S SCHEDULE "A/B – PART 9" WHICH WAS ALSO LISTED IN SCHEDULE "A/B" OF RELATED CASES: _____

2. CASE NO.: __629003/2025__ JUDGE: __Hon. David T. Reilly__ DISTRICT/DIVISION: __Suffolk Supreme Cou__
   CASE PENDING: (YES/NO): __Yes__ [*If closed*] Date of Closing: _____
   CURRENT STATUS OF RELATED CASE: __Pending__
   **(Discharged/awaiting discharge, confirmed, dismissed, etc.)**

   MANNER IN WHICH CASES ARE RELATED: (*Refer to NOTE above*): __Party claims an interest in the property of the estate__

- **SCHEDULE A/B: PROPERTY "OFFICIAL FORM 106A/B - <u>INDIVIDUAL</u>" PART 1 (REAL PROPERTY):**
  REAL PROPERTY AS LISTED IN DEBTOR'S SCHEDULE "A/B – PART 1" WHICH WAS ALSO LISTED IN SCHEDULE "A/B" OF RELATED CASES: _____

- **SCHEDULE A/B: ASSETS – REAL PROPERTY "OFFICIAL FORM 206A/B - <u>NON-INDIVIDUAL</u>" PART 9 (REAL PROPERTY):**
  REAL PROPERTY AS LISTED IN DEBTOR'S SCHEDULE "A/B – PART 9" WHICH WAS ALSO LISTED IN SCHEDULE "A/B" OF RELATED CASES: _____

[OVER]

DISCLOSURE OF RELATED CASES (cont'd)

3. CASE NO.: 628419/2025    JUDGE: _____    DISTRICT/DIVISION: Suffolk Supreme Cou

   CASE PENDING: (YES/NO): Yes    [*If closed*] Date of Closing: _____

   CURRENT STATUS OF RELATED CASE: Pending
   (Discharged/awaiting discharge, confirmed, dismissed, etc.)

   MANNER IN WHICH CASES ARE RELATED: (*Refer to NOTE above*): Party claims an interest in the property of the estate

- **SCHEDULE A/B: PROPERTY "OFFICIAL FORM 106A/B - INDIVIDUAL" PART 1 (REAL PROPERTY):**
  REAL PROPERTY AS LISTED IN DEBTOR'S SCHEDULE "A/B – PART 1" WHICH WAS ALSO LISTED IN SCHEDULE "A/B" OF RELATED CASES: _____

- **SCHEDULE A/B: ASSETS – REAL PROPERTY "OFFICIAL FORM 206A/B - NON-INDIVIDUAL" PART 9 (REAL PROPERTY):**
  REAL PROPERTY AS LISTED IN DEBTOR'S SCHEDULE "A/B – PART 9" WHICH WAS ALSO LISTED IN SCHEDULE "A/B" OF RELATED CASES: _____

4. CASE NO.: 628021/2025    JUDGE: _____    DISTRICT/DIVISION: Suffolk Supreme Cou

   CASE PENDING: (YES/NO): Yes    [*If closed*] Date of Closing: _____

   CURRENT STATUS OF RELATED CASE: Pending
   (Discharged/awaiting discharge, confirmed, dismissed, etc.)

   MANNER IN WHICH CASES ARE RELATED: (*Refer to NOTE above*): Party claims an interest in the property of the estate

- **SCHEDULE A/B: PROPERTY "OFFICIAL FORM 106A/B - INDIVIDUAL" PART 1 (REAL PROPERTY):**
  REAL PROPERTY AS LISTED IN DEBTOR'S SCHEDULE "A/B – PART 1" WHICH WAS ALSO LISTED IN SCHEDULE "A/B" OF RELATED CASES: _____

- **SCHEDULE A/B: ASSETS – REAL PROPERTY "OFFICIAL FORM 206A/B - NON-INDIVIDUAL" PART 9 (REAL PROPERTY):**
  REAL PROPERTY AS LISTED IN DEBTOR'S SCHEDULE "A/B – PART 9" WHICH WAS ALSO LISTED IN SCHEDULE "A/B" OF RELATED CASES: _____

5. CASE NO.: 2023-018039-CA-01    JUDGE: Judge Lisa S. Walsh    DISTRICT/DIVISION: 11th Circuit Civil, Miami-Dade, F

   CASE PENDING: (YES/NO): Yes    [*If closed*] Date of Closing: _____

   CURRENT STATUS OF RELATED CASE: Pending
   (Discharged/awaiting discharge, confirmed, dismissed, etc.)

   MANNER IN WHICH CASES ARE RELATED: (*Refer to NOTE above*): Party claims an interest in the property of the estate

- **SCHEDULE A/B: PROPERTY "OFFICIAL FORM 106A/B - INDIVIDUAL" PART 1 (REAL PROPERTY):**
  REAL PROPERTY AS LISTED IN DEBTOR'S SCHEDULE "A/B – PART 1" WHICH WAS ALSO LISTED IN SCHEDULE "A/B" OF RELATED CASES: _____

- **SCHEDULE A/B: ASSETS – REAL PROPERTY "OFFICIAL FORM 206A/B - NON-INDIVIDUAL" PART 9 (REAL PROPERTY):**
  REAL PROPERTY AS LISTED IN DEBTOR'S SCHEDULE "A/B – PART 9" WHICH WAS ALSO LISTED IN SCHEDULE "A/B" OF RELATED CASES: _____

**DISCLOSURE OF RELATED CASES (cont'd)**

6. CASE NO.: 2023-004474-CA-01    JUDGE: Judge Lisa S. Walsh    DISTRICT/DIVISION: 11th Circuit Civil, Miami-Dade, F
   CASE PENDING: (YES/NO): Yes    [*If closed*] Date of Closing: _____
   CURRENT STATUS OF RELATED CASE: Pending
   (Discharged/awaiting discharge, confirmed, dismissed, etc.)
   MANNER IN WHICH CASES ARE RELATED: (*Refer to NOTE above*): Party claims an interest in the property of the estate

   - **SCHEDULE A/B: PROPERTY "OFFICIAL FORM 106A/B - INDIVIDUAL" PART 1 (REAL PROPERTY):**
     REAL PROPERTY AS LISTED IN DEBTOR'S SCHEDULE "A/B – PART 1" WHICH WAS ALSO LISTED IN SCHEDULE "A/B" OF RELATED CASES: _____

   - **SCHEDULE A/B: ASSETS – REAL PROPERTY "OFFICIAL FORM 206A/B - NON-INDIVIDUAL" PART 9 (REAL PROPERTY):**
     REAL PROPERTY AS LISTED IN DEBTOR'S SCHEDULE "A/B – PART 9" WHICH WAS ALSO LISTED IN SCHEDULE "A/B" OF RELATED CASES: _____

7. CASE NO.: 2023-015702-CA-01    JUDGE: Judge Lisa S. Walsh    DISTRICT/DIVISION: 11th Circuit Civil, Miami-Dade, FL
   CASE PENDING: (YES/NO): Yes    [*If closed*] Date of Closing: _____
   CURRENT STATUS OF RELATED CASE: Waiting for judge to approve arbitration award
   (Discharged/awaiting discharge, confirmed, dismissed, etc.)
   MANNER IN WHICH CASES ARE RELATED: (*Refer to NOTE above*): Party claims an interest in the property of the estate

   - **SCHEDULE A/B: PROPERTY "OFFICIAL FORM 106A/B - INDIVIDUAL" PART 1 (REAL PROPERTY):**
     REAL PROPERTY AS LISTED IN DEBTOR'S SCHEDULE "A/B – PART 1" WHICH WAS ALSO LISTED IN SCHEDULE "A/B" OF RELATED CASES: _____

   - **SCHEDULE A/B: ASSETS – REAL PROPERTY "OFFICIAL FORM 206A/B - NON-INDIVIDUAL" PART 9 (REAL PROPERTY):**
     REAL PROPERTY AS LISTED IN DEBTOR'S SCHEDULE "A/B – PART 9" WHICH WAS ALSO LISTED IN SCHEDULE "A/B" OF RELATED CASES: _____

8. CASE NO.: 2024-020751-CA-01    JUDGE: Judge Lisa S. Walsh    DISTRICT/DIVISION: 11th Circuit Civil, Miami-Dade, F
   CASE PENDING: (YES/NO): Yes    [*If closed*] Date of Closing: _____
   CURRENT STATUS OF RELATED CASE: Pending
   (Discharged/awaiting discharge, confirmed, dismissed, etc.)
   MANNER IN WHICH CASES ARE RELATED: (*Refer to NOTE above*): Party claims an interest in the property of the estate

   - **SCHEDULE A/B: PROPERTY "OFFICIAL FORM 106A/B - INDIVIDUAL" PART 1 (REAL PROPERTY):**
     REAL PROPERTY AS LISTED IN DEBTOR'S SCHEDULE "A/B – PART 1" WHICH WAS ALSO LISTED IN SCHEDULE "A/B" OF RELATED CASES: _____

   - **SCHEDULE A/B: ASSETS – REAL PROPERTY "OFFICIAL FORM 206A/B - NON-INDIVIDUAL" PART 9 (REAL PROPERTY):**
     REAL PROPERTY AS LISTED IN DEBTOR'S SCHEDULE "A/B – PART 9" WHICH WAS ALSO LISTED IN SCHEDULE "A/B" OF RELATED CASES: _____

DISCLOSURE OF RELATED CASES (cont'd)

9. CASE NO.: 01-25-0003-6283    JUDGE: _____    DISTRICT/DIVISION: American Arbitration Associatio

   CASE PENDING: (YES/NO): Yes    [*If closed*] Date of Closing: _____

   CURRENT STATUS OF RELATED CASE: Pending
   (Discharged/awaiting discharge, confirmed, dismissed, etc.)

   MANNER IN WHICH CASES ARE RELATED: (*Refer to NOTE above*): Party claims an interest in the property of the estate

- **SCHEDULE A/B: PROPERTY "OFFICIAL FORM 106A/B - <u>INDIVIDUAL</u>" PART 1 (REAL PROPERTY):**
  REAL PROPERTY AS LISTED IN DEBTOR'S SCHEDULE "A/B – PART 1" WHICH WAS ALSO LISTED IN SCHEDULE "A/B" OF RELATED CASES: _____

- **SCHEDULE A/B: ASSETS – REAL PROPERTY "OFFICIAL FORM 206A/B - <u>NON-INDIVIDUAL</u>" PART 9 (REAL PROPERTY):**
  REAL PROPERTY AS LISTED IN DEBTOR'S SCHEDULE "A/B – PART 9" WHICH WAS ALSO LISTED IN SCHEDULE "A/B" OF RELATED CASES: _____

10. CASE NO.: 24VECV02957    JUDGE: _____    DISTRICT/DIVISION: Superior Court, LA, Van Nuys, (

    CASE PENDING: (YES/NO): Yes    [*If closed*] Date of Closing: _____

    CURRENT STATUS OF RELATED CASE: Pending
    (Discharged/awaiting discharge, confirmed, dismissed, etc.)

    MANNER IN WHICH CASES ARE RELATED: (*Refer to NOTE above*): Party claims an interest in the property of the estate

- **SCHEDULE A/B: PROPERTY "OFFICIAL FORM 106A/B - <u>INDIVIDUAL</u>" PART 1 (REAL PROPERTY):**
  REAL PROPERTY AS LISTED IN DEBTOR'S SCHEDULE "A/B – PART 1" WHICH WAS ALSO LISTED IN SCHEDULE "A/B" OF RELATED CASES: _____

- **SCHEDULE A/B: ASSETS – REAL PROPERTY "OFFICIAL FORM 206A/B - <u>NON-INDIVIDUAL</u>" PART 9 (REAL PROPERTY):**
  REAL PROPERTY AS LISTED IN DEBTOR'S SCHEDULE "A/B – PART 9" WHICH WAS ALSO LISTED IN SCHEDULE "A/B" OF RELATED CASES: _____

NOTE: Pursuant to 11 U.S.C. § 109(g), certain individuals who have had prior cases dismissed within the preceding 180 days may not be eligible to be debtors. Such an individual will be required to file a statement in support of his/her eligibility to file.

TO BE COMPLETED BY DEBTOR/PETITIONER'S ATTORNEY, AS APPLICABLE:

I am admitted to practice in the Eastern District of New York (Y/N): Y

CERTIFICATION (to be signed by pro-se debtor/petitioner or debtor/petitioner's attorney, as applicable):

I certify under penalty of perjury that:
- The within bankruptcy case is not related to any case pending, or pending within the last eight years, except as indicated on this form.
- I, the above-named debtor, am currently not barred by any order of this court from filing for bankruptcy.

_[signature]_                                           _[signature]_
Signature of Debtor's Attorney                          Signature of Pro-se Debtor/Petitioner
Pending Admission                                       270 W Main St, Suite 3
                                                        Mailing Address of Debtor/Petitioner

Sayville, NY 11782
_____
City, State, Zip Code

edlakelaw@yahoo.com
_____
Email Address

(631) 365-9077
_____
Area Code and Telephone Number

**Failure to fully and truthfully provide all information required by the E.D.N.Y. LBR 1073-2 Statement may subject the debtor or any other petitioner and their attorney to appropriate sanctions, including without limitation conversion, the appointment of a trustee or the dismissal of the case with prejudice.**

**NOTE: Any change in address must be reported to the Court immediately IN WRITING. Dismissal of your petition may otherwise result.**

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | The Law Offices of Edward J. Lake, PC |
| United States Bankruptcy Court for the: | Eastern District of New York   District of NY (State) |
| Case number (If known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders       12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Blakemore Capital<br>21 East 4th Street Suite 617<br>New York NY 10003 | Emily Slater,<br>212-235-6826,eslater@burfordcapital.com | trade debt | Disputed | | | Unknown |
| 2 | ACI Law Group LLP<br>1100 H Street NW Ste 840<br>Washington DC 20005 | John Guarino, 212-204-3516,<br>jguarino@altcapinvestments.com | trade debt | Disputed | | | Unknown |
| 3 | ACI Talc Law Group LLP<br>1100 H Street NW Ste 840<br>Washington DC 20005 | John Guarino, 212-204-3516,<br>jguarino@altcapinvestments.com | trade debt | Disputed | | | Unknown |
| 4 | ASK Law Group LLP<br>1100 H Street NW Ste 840<br>Washington DC 20005 | Tom Borys,<br>973-917-2722,<br>tom@ontel.com | trade debt | Disputed | | | Unknown |
| 5 | BHI Law Group LLP<br>1100 H Street NW Ste 840<br>Washington DC 20005 | Edoardo E. Ermotti, +41 79 328 46 53,<br>eee@14peaks.capital | trade debt | Disputed | | | Unknown |
| 6 | Blue Chip Law Group LLP,<br>1100 H Street NW Ste 840<br>Washington DC 20005 | Lee Melchionni,<br>717-380-7709,<br>lee@capital4justice.com | trade debt | Disputed | | | Unknown |
| 7 | ERC Law Group LLP<br>1100 H Street NW Ste 840<br>Washington DC 20005 | John Guarino, 212-204-3516,<br>jguarino@altcapinvestments.com | trade debt | Disputed | | | Unknown |
| 8 | ERC Partners LLC<br>1100 H Street NW Ste 840<br>Washington DC 20005 | Rick Solit, 908-693-5802,<br>ricksolit@yahoo.com | trade debt | Disputed | | | Unknown |

| Debtor | The Law Offices of Edward J. Lake, PC | | Case number (if known) | | | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Justice Partners Law Group LLP, 1100 H Street NW Ste 840 Washington DC 20005 | Lee Melchionni, 717-380-7709, lee@capital4justice.com | trade debt | Disputed | | | Unknown |
| 10 | KS Law Group LLP 1100 H Street NW Ste 840 Washington DC 20005 | Lee Melchionni, 717-380-7709, lee@capital4justice.com | trade debt | Contingent | | | Unknown |
| 11 | LRS Law Group LLP 1100 H Street NW Ste 840 Washington DC 20005 | Rick Solit, 908-693-5802, ricksolit@yahoo.com | trade debt | Disputed | | | Unknown |
| 12 | TC Law Group LLP 1100 H Street NW Ste 840 Washington DC 20005 | Lee Melchionni, 717-380-7709, lee@capital4justice.com | trade debt | Disputed | | | Unknown |
| 13 | Torticity GY Corporate Services Inc, 777 S Flagler Dr Ste 500E, West Palm Beach FL 33401 | Hoyt Neal, 480-236-3678, hneal@torticity.com | professional services | Disputed | | | Unknown |
| 14 | PWQi Holdings, LLC 49 Marble Avenue Suite 2 Pleasantville NY 10570 | Marc E. Littman, 212-201-0912, marc@qiventure.com | trade debt | Contingent | $806,880 | | $651,000 |
| 15 | JRD via DAKK, 270 W Main Street Suite 3 Sayville NY 11782 | Jeff Dubin, 516-316-1123, jdubin@thelakelawfirm.com | loan | Contingent | | | $750,000 |
| 16 | Lockridge Law LLP 100 Washington Ave South Ste 2200, Minneapolis MN 55401 | Yvonne Flaherty, 612-339-6900, ymflaherty@locklaw.com | trade debt | Contingent | | | $651,000 |
| 17 | Milberg Coleman Bryson Phillips Grossman LLC, 1311 Ponce de Leon Ave, San Juan PR 00907 | Marc Grossman, 516-741-5600, mgrossman@milberg.com | trade debt | Contingent | | | $537,600 |
| 18 | Rutter Mills LLP 160 W Brambleton Ave Norfolk VA 23510 | C. Arthur Rutter III, 757-777-7777, brother.rutter@ruttermills.com | trade debt | Contingent | $427,500 | | $451,000 |
| 19 | American Express Garnishment Levy Unit, 43 Butterfield Cir, El Paso TX 79906 | ATTN: Accounts Payable | trade debt | Disputed | | | $307,747 |
| 20 | American Express Garnishment Levy Unit, 43 Butterfield Cir, El Paso TX 79906 | ATTN: Accounts Payable | trade debt | Disputed | | | $300,000 |

## CORPORATE RESOLUTION AUTHORIZING CHAPTER 11 BANKRUPTCY FILING

RESOLUTION OF THE BOARD OF DIRECTORS OF LAW OFFICES OF EDWARD J LAKE PC D/B/A THE LAKE LAW FIRM

WHEREAS, the Board of Directors of Law Offices of Edward J Lake PC d/b/a The Lake Law Firm, a New York professional corporation (the "Firm"), has carefully considered the financial condition of the Firm and the strategic options available to the Firm; and

WHEREAS, the Board of Directors has determined in good faith that it is in the best interests of the Firm, its creditors, and other parties in interest that a voluntary petition be filed by the Firm under the provisions of Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the appropriate district of New York (the "Bankruptcy Court");

NOW, THEREFORE, BE IT RESOLVED, that the filing of a voluntary petition for relief under the provisions of Chapter 11 of the Bankruptcy Code in the Bankruptcy Court is hereby authorized and approved in all respects; and it is further

RESOLVED, that Edward J. Lake, as President and sole shareholder of the Firm, is hereby designated as an "Authorized Signatory" and is authorized, empowered, and directed to execute and file on behalf of the Firm all petitions, schedules, lists, motions, applications, pleadings, and other papers or documents as necessary, appropriate, or desirable to commence the Chapter 11 case and obtain relief, including any action necessary or appropriate to maintain the ordinary course operation of the Firm's business; and it is further

RESOLVED, that the Authorized Signatory is hereby authorized, empowered, and directed to employ legal counsel and other professionals to represent and assist the Firm in carrying out its duties under the Bankruptcy Code, and in connection therewith, the Authorized Signatory is hereby authorized, empowered, and directed to execute appropriate retention agreements, pay appropriate retainers and fees as required prior to or immediately upon the filing of the Chapter 11 case, and cause to be filed appropriate applications for authority to retain the services of such professionals as necessary, appropriate, or desirable; and it is further

RESOLVED, that the Authorized Signatory is hereby authorized, empowered, and directed to take any and all actions, to execute, deliver, certify, file and/or record and perform any and all documents, agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities or certificates and to take any and all actions and steps deemed by the Authorized Signatory to be necessary or desirable to carry out the purpose and intent of each of the foregoing resolutions and to effectuate a successful Chapter 11 case; and it is further

RESOLVED, that any and all actions heretofore taken by the Authorized Signatory or the directors of the Corporation in the name and on behalf of the Firm in furtherance of the purpose and intent of any or all of the foregoing resolutions be, and hereby are, ratified, confirmed, and approved in all respects.

The undersigned, being the Secretary of the Firm, hereby certifies that the foregoing is a true and correct copy of the resolutions duly adopted by the Board of Directors of the Firm at a meeting duly called and held on November 25, 2025 at which a quorum was present and voting throughout, and that said resolutions have not been modified, amended, or rescinded and remain in full force and effect as of the

date hereof.

IN WITNESS WHEREOF, the undersigned has executed this Certificate as of November 25, 2025.

_____
Edward J. Lake, Principal
Law Offices of Edward J Lake PC
d/b/a The Lake Law Firm

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re: Law Office of Edward J. Lake, PC,
d/b/a The Lake Law Firm,

Debtor.                                                                              Case No. _____

Chapter 11
-----------------------------------------------------------------x

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Rule 1007(a)(1) and Rule 7007.1 of the Federal Rules of Bankruptcy Procedure of and E.D.N.Y. LBR 1007-2, Law Offices of Edward J. Lake d/b/a The Lake Law Firm, as debtor and debtor in possession in the above-captioned Chapter 11 case (the "Debtor"), respectfully

1. The Debtor is a professional corporation.

2. The Debtor is a sole proprietorship wholly owned and operated by Edward Lake. There are no other entities or individuals with any ownership interest in the Debtor.

3. The Debtor is organized and operates under the laws of the State of New York.

4. The undersigned certifies under penalty of perjury that the foregoing is true and correct to the best of their knowledge, information, and belief.

Dated November 26, 2025

Respectfully submitted,

_____
Edward J. Lake, Esq.

| No. | Investor or Vendor | Contact Name | Mailing Address |
|---|---|---|---|
| 1 | Burford Blakemore Capital | Emily Slater | 21 East 4th Street Suite 617, New York NY 10003 |
| 2 | ACI Law Group LLP | John Guarino | 1100 H Street NW Suite 840, Washington DC 20005 |
| 3 | ACI Talc Law Group LLP | John Guarino | 1100 H Street NW Suite 840, Washington DC 20005 |
| 4 | Ask Law Group LLP | Tom Borys | 1100 H Street NW Suite 840, Washington DC 20005 |
| 5 | BHI Law Group LLP | Edoardo E. Ermotti | 1100 H Street NW Suite 840, Washington DC 20005 |
| 6 | Blue Chip Law Group LLP | Lee Melchionni | 1100 H Street NW Suite 840, Washington DC 20005 |
| 7 | ERC Law Group LLP | John Guarino | 1100 H Street NW Suite 840, Washington DC 20005 |
| 8 | ERC Partners LLC | Rick Solit | 1100 H Street NW Suite 840, Washington DC 20005 |
| 9 | Justice Partners Law Group LLP | Lee Melchionni | 1100 H Street NW Suite 840, Washington DC 20005 |
| 10 | KS Law Group LLP | Lee Melchionni | 1100 H Street NW Suite 840, Washington DC 20005 |
| 11 | LRS Law Group LLP | Rick Solit | 1100 H Street NW Suite 840, Washington DC 20005 |
| 12 | TC Law Group LLP | Lee Melchionni | 1100 H Street NW Suite 840, Washington DC 20005 |
| 13 | Torticity | GY Corporate Services Inc | 777 S Flagler Dr Ste 500E, West Palm Beach FL 33401 |
| 14 | PWQi Holdings, LLC | Marc E. Littman | 49 Marble Avenue Suite 2, Pleasantville NY 10570 |
| 15 | Jeffrey R. Dubin via DAKK, Payroll Loan | Jeffrey R Dubin | 270 W Main Street Suite 3, Sayville NY 11782 |
| 16 | Lockridge Law LLP | Yvonne Flaherty | 100 Washington Avenue South Suite 2200, Minneapolis MN 55401 |
| 17 | Milberg Coleman Bryson Phillips Grossman LLC | Lee Melchionni | 1311 Ponce de Leon Ave, San Juan PR 00907 |
| 18 | Rutter Mills LLP | C. Arthur Rutter | 160 W Brambleton Avenue, Norfolk VA 23510 |
| 19 | American Express National Bank | Garnishment Levy Unit | 43 Butterfield Circle, El Paso TX 79906 |
| 20 | American Express National Bank | Garnishment Levy Unit | 43 Butterfield Circle, El Paso TX 79906 |
| 21 | Square Kilometer Capital | Mark Rubin | 515 N Flagler Drive Suite P-300, West Palm Beach FL 33401 |
| 22 | Marcari Russotto Spencer & Balaban | ATTN: Accounts Payable | 1064 Laskin Road, Suite 17c, Virginia Beach VA 23451 |
| 23 | LaBovick Law Group | Esther LaBovick | 5220 Hood Road Suite 200, Palm Beach Gardens FL 33418 |
| 24 | Amie Portis ORCA Loan | Amie Portis | 22627 340th Street, Forest City IA 50436 |
| 25 | Audacy Operations Inc. | ATTN: Accounts Payable | 2400 Market Street 4th Floor, Philadelphia PA 19103 |
| 26 | Prime Marketing Source | Charles Baratta | Contact Charles Baratta |
| 27 | Law Offices of Gary Berkovich, APC | Gary Berkovich | 17327 Ventura Blvd Suite 300, Encino CA 91316-3968 |
| 28 | Amie Portis | Amie Portis | 22627 340th Street, Forest City IA 50436 |
| 29 | Jeffrey R. Dubin, JRD Personal Payroll Loan | Jeffrey R Dubin | 270 W Main Street Suite 3, Sayville NY 11782 |
| 30 | Goldberg Law, LLC | Kevin Goldberg | 401 Salk Circle, Gaithersburg MD 20878 |
| 31 | LegalSoft Solutions | ATTN: Accounts Payable | 5930 LBJ Fwy STE 310, Dallas TX 75240 |
| 32 | Garrison Law Firm | Kevin Garrison | 7972 W Thunderbird Rd. Suite 107, Peoria AZ 85381 |

| | | | |
|---|---|---|---|
| 34 | Salam & Associates PC | Fatima Hassan-Salam | 701 N Central Expy Building 2, Richardson TX 75080-5359 |
| 35 | Jonathan Smokler | Jonathan Smokler | 7154 Ayrshire Lane, Boca Raton FL 33496 |
| 36 | Jeffrey R. Dubin, Dubin & Associates CPAs P.C | Jeffrey R Dubin | 270 W Main Street Suite 3, Sayville NY 11782 |
| 37 | Jeffrey R. Dubin, Jeffrey Credit Card Charges | Jeffrey R Dubin | 270 W Main Street Suite 3, Sayville NY 11782 |
| 38 | Toler Law Group PC | Jeff Toler | 8500 Bluffstone Cove Suite A201, Austin TX 78759 |
| 39 | Jeffrey R. Dubin | Jeffrey R Dubin | 270 W Main Street Suite 3, Sayville NY 11782 |
| 40 | Jeffrey R. Dubin, DAKK | Jeffrey R Dubin | 270 W Main Street Suite 3, Sayville NY 11782 |
| 41 | CJ Advertising LLC | Ben Dozier | 401 Church St Suite 2400, Nashville TN 37219 |
| 42 | Paul Faust | Paul Faust | 2890 W State Rd 84 Suite 106, Fort Lauderdale FL 33312 |
| 43 | Mvision LLC | Maury Noun | 21 N Church Rd, Saddle River NJ 07458-3003 |
| 44 | Alex Valencia Keith Telerico Scott Fuentes | Alex Valencia | 7464 NW 4th St, Plantation FL 33317 |
| 45 | Earley Law Group Injury Lawyers | Christopher Earley | 44 School Street Suite #805, Boston MA 02108 |
| 46 | Epiq Corporate Restructuring, LLC | ATTN: Accounts Payable | 777 Third Avenue 12th Floor, New York NY 10017 |
| 47 | NY Islanders Hockey Club LP | ATTN: Accounts Payable | Corporation Service Company, 80 State Street, Albany NY 12207 |
| 48 | Buchanan Law Firm, LLC | Deena Buchanan | 5345 Wyoming Blvd. NE Suite 202, Albuquerque NM 87109 |
| 49 | Maria Grace Montealegre | Grace Montealegre | 765 NE 191ST St, Miami FL 33179 |
| 50 | GO-ANSWER Headquarters | Adam Alovis | 401 Franklin Ave Suite # 102, Garden City NY 11530 |
| 51 | Adwire Media Inc | Mark Olson | 11303 NW 9th Street, Plantation FL 33325 |
| 52 | Legal Intake Professionals (LIPS) | ATTN: Accounts Payable | 1645 Murfreesboro Pike, Nashville TN 37217 |
| 53 | Slingshot Legal | ATTN: Accounts Payable | 10824 SE Oak Street #241, Portland OR 97222 |
| 54 | NY Yankees Partnership | ATTN: Accounts Payable | One East 161st Street, Bronx NY 10451 |
| 55 | Falk & Klebanoff, P.C. | Jeffrey P. Falk | 392 Woodfield Road, West Hempstead NY 11552 |
| 56 | The Miller Firm LLC | ATTN: Accounts Payable | The Sherman Building, 108 Railroad Avenue, Orange VA 22960 |
| 57 | Alert Communications c/o C2C Resources LLC | David Mims | 3601 Calle Tecate STE 200, Camarillo CA 93012 |
| 58 | Young, Berman, Karpf & Karpf, P.A. | Andrew Berman | 500 E Broward Blvd Suite 2150, Fort Lauderdale FL 33394 |
| 59 | Amie Portis Sales Commission | Amie Portis | 22627 340th Street, Forest City IA 50436 |
| 60 | Shannon Tulloss Investigations | Shannon Blair-Tulloss | 137 N. 10th Street Suite D, Santa Paula CA 93060 |
| 61 | Don Worley | Don Worley | 1770 St James Place Ste 100, Houston TX 77056 |
| 62 | Bullet Legal Services | ATTN: Accounts Payable | 1930 Village Center Circle #3-965, Las Vegas NV 89134 |
| 63 | Shelby Morales | Shelby Morales | 8600 Vista Royale Dr, Fort Worth TX 76108 |
| 64 | Anna Kamins | Anna Kamins | 5882 Queensloch Dr, Houston TX 77096 |
| 65 | Edward J. Lake | Edward J. Lake | 7521 Glendevon Ln Apt 703, Delray Beach Fl 33446 |
| 66 | Edward J. Lake | Edward J. Lake | 7521 Glendevon Ln Apt 703, Delray Beach Fl 33446 |

| No. | Investor or Vendor | Type | Contingent - Unliquidated - Disputed - Liquidated and neither contingent nor disputed | Contact Name | Contact Phone | Contact Email | Mailing Address | Amount Owed |
|---|---|---|---|---|---|---|---|---|
| 1 | Burford Blakemore Capital | Burford | Contingent, Disputed, Unliquidated | Emily Slater | 212-235-6826 | eslater@burfordcapital | 21 East 4th Street Suite 617, New York NY 10003 | Unknown |
| 2 | ACI Law Group LLP | Titan | Contingent, Disputed, Unliquidated | John Guarino | 212-204-3516 | jguarino@altcapinvestr | 1100 H Street NW Suite 840, Washington DC 20005 | Unknown |
| 3 | ACI Talc Law Group LLP | Titan | Contingent, Disputed, Unliquidated | John Guarino | 212-204-3516 | jguarino@altcapinvestr | 1100 H Street NW Suite 840, Washington DC 20005 | Unknown |
| 4 | Ask Law Group LLP | Titan | Contingent, Disputed, Unliquidated | Tom Borys | 973-917-2722 | tom@ontel.com | 1100 H Street NW Suite 840, Washington DC 20005 | Unknown |
| 5 | BHI Law Group LLP | Titan | Contingent, Disputed, Unliquidated | Edoardo E. Ermotti | +41 79 328 46 53 | eee@14peaks.capital | 1100 H Street NW Suite 840, Washington DC 20005 | Unknown |
| 6 | Blue Chip Law Group LLP | Titan | Contingent, Disputed, Unliquidated | Lee Melchionni | 717-380-7709 | lee@capital4justice.co | 1100 H Street NW Suite 840, Washington DC 20005 | Unknown |
| 7 | ERC Law Group LLP | Titan | Contingent, Disputed, Unliquidated | John Guarino | 212-204-3516 | jguarino@altcapinvestr | 1100 H Street NW Suite 840, Washington DC 20005 | Unknown |
| 8 | ERC Partners LLC | Titan | Contingent, Disputed, Unliquidated | Rick Solit | 908-693-5802 | ricksolit@yahoo.com | 1100 H Street NW Suite 840, Washington DC 20005 | Unknown |
| 9 | Justice Partners Law Group LLP | Titan | Contingent, Disputed, Unliquidated | Lee Melchionni | 717-380-7709 | lee@capital4justice.co | 1100 H Street NW Suite 840, Washington DC 20005 | Unknown |
| 10 | KS Law Group LLP | Titan | Contingent, Disputed, Unliquidated | Lee Melchionni | 717-380-7709 | lee@capital4justice.co | 1100 H Street NW Suite 840, Washington DC 20005 | Unknown |
| 11 | LRS Law Group LLP | Titan | Contingent, Disputed, Unliquidated | Rick Solit | 908-693-5802 | ricksolit@yahoo.com | 1100 H Street NW Suite 840, Washington DC 20005 | Unknown |
| 12 | TC Law Group LLP | Titan | Contingent, Disputed, Unliquidated | Lee Melchionni | 717-380-7709 | lee@capital4justice.co | 1100 H Street NW Suite 840, Washington DC 20005 | Unknown |
| 13 | Torticity | Torticity | Contingent, Disputed, Unliquidated | GY Corporate Services Inc | | | 777 S Flagler Dr Ste 500E, West Palm Beach FL 33401 | Unknown |
| 14 | PWQi Holdings, LLC | Other Cocounsel | Contingent, Unliquidated | Marc E. Littman | 212-201-0912 | marc@qiventure.com | 49 Marble Avenue Suite 2, Pleasantville NY 10570 | $806,880.00 |
| 15 | Jeffrey R. Dubin via DAKK, Payroll Loan | Payroll Loan | Contingent | Jeffrey R Dubin | 516-316-1123 | jdubin@thelakelawfirm | 270 W Main Street Suite 3, Sayville NY 11782 | $750,000.00 |
| 16 | Lockridge Law LLP | Other Cocounsel | Contingent, Unliquidated | Yvonne Flaherty | 612-339-6900 | ymflaherty@locklaw.cc | 100 Washington Avenue South Suite 2200, Minneapolis MN 55401 | $651,000.00 |
| 17 | Milberg Coleman Bryson Phillips Grossman LLC | Other Cocounsel | Contingent, Unliquidated | Lee Melchionni | 717-380-7709 | lee@capital4justice.co | 1311 Ponce de Leon Ave, San Juan PR 00907 | $537,600.00 |
| 18 | Rutter Mills LLP | Other Cocounsel | Contingent, Unliquidated | C. Arthur Rutter | 757-777-7777 | brother.rutter@rutterm | 160 W Brambleton Avenue, Norfolk VA 23510 | $427,500.00 |
| 19 | American Express National Bank | Vendor | Disputed | Garnishment Levy Unit | | | 43 Butterfield Circle, El Paso TX 79906 | Unknown |
| 20 | American Express National Bank | Vendor | Disputed | Garnishment Levy Unit | | | 43 Butterfield Circle, El Paso TX 79906 | Unknown |
| 21 | Square Kilometer Capital | Other Cocounsel | Contingent, Unliquidated | Mark Rubin | 312-804-8400 | mrubin@squarekilome | 515 N Flagler Drive Suite P-300, West Palm Beach FL 33401 | $1,665,000.00 |
| 22 | Marcari Russotto Spencer & Balaban | Other Cocounsel | Contingent, Unliquidated | ATTN: Accounts Payable | | | 1064 Laskin Road, Suite 17c, Virginia Beach VA 23451 | $294,000.00 |
| 23 | LaBovick Law Group | Other Cocounsel | Contingent, Unliquidated | Esther LaBovick | 561-625-8400 | EstherL@labovick.com | 5220 Hood Road Suite 200, Palm Beach Gardens FL 33418 | $246,460.00 |
| 24 | Amie Portis ORCA Loan | Loan | Contingent | Amie Portis | 512-554-5321 | amieportis@gmail.com | 22627 340th Street, Forest City IA 50436 | $230,000.00 |
| 25 | Audacy Operations Inc. | Vendor | Contingent | ATTN: Accounts Payable | | | 2400 Market Street 4th Floor, Philadelphia PA 19103 | $166,940.35 |
| 26 | Prime Marketing Source | Vendor | Disputed | Charles Baratta | 516-782-8261 | cbaratta@primemarket | Contact Charles Baratta | Unknown |
| 27 | Law Offices of Gary Berkovich, APC | Other Cocounsel | Contingent, Unliquidated | Gary Berkovich | | gary@garyberklaw.com | 17327 Ventura Blvd Suite 300, Encino CA 91316-3968 | $142,200.00 |
| 28 | Amie Portis | Other Cocounsel | Contingent, Unliquidated | Amie Portis | 512-554-5321 | amieportis@gmail.com | 22627 340th Street, Forest City IA 50436 | $138,133.33 |
| 29 | Jeffrey R. Dubin, JRD Personal Payroll Loan | Payroll Loan | Contingent | Jeffrey R Dubin | 516-316-1123 | jdubin@thelakelawfirm | 270 W Main Street Suite 3, Sayville NY 11782 | $134,210.53 |
| 30 | Goldberg Law, LLC | Other Cocounsel | Contingent, Unliquidated | Kevin Goldberg | 301-343-5817 | kg@goldberglaw.info | 401 Salk Circle, Gaithersburg MD 20878 | $126,235.00 |
| 31 | LegalSoft Solutions | Vendor | Disputed | ATTN: Accounts Payable | | | 5930 LBJ Fwy STE 310, Dallas TX 75240 | Unknown |
| 32 | Garrison Law Firm | Other Cocounsel | Contingent, Unliquidated | Kevin Garrison | 623-915-1100 | kevin@garrisonlawfirm | 7972 W Thunderbird Rd. Suite 107, Peoria AZ 85381 | $115,000.00 |
| 34 | Salam & Associates PC | Other Cocounsel | Contingent, Unliquidated | Fatima Hassan-Salam | 972-437-1900 | Fatima@salampc.com | 701 N Central Expy Building 2, Richardson TX 75080-5359 | $107,400.00 |
| 35 | Jonathan Smokler | Other Cocounsel | Contingent, Unliquidated | Jonathan Smokler | | SMOKLERJ@AOL.COM | 7154 Ayrshire Lane, Boca Raton FL 33496 | $100,000.00 |
| 36 | Jeffrey R. Dubin, Dubin & Associates CPAs P.C | Vendor | Contingent | Jeffrey R Dubin | 516-316-1123 | jdubin@thelakelawfirm | 270 W Main Street Suite 3, Sayville NY 11782 | $62,674.80 |
| 37 | Jeffrey R. Dubin, Jeffrey Credit Card Charges | Payroll Loan | Contingent | Jeffrey R Dubin | 516-316-1123 | jdubin@thelakelawfirm | 270 W Main Street Suite 3, Sayville NY 11782 | $61,098.07 |
| 38 | Toler Law Group PC | Other Cocounsel | Contingent, Unliquidated | Jeff Toler | | jtoler@tlgiplaw.com | 8500 Bluffstone Cove Suite A201, Austin TX 78759 | $56,646.15 |
| 39 | Jeffrey R. Dubin | Other Cocounsel | Contingent, Unliquidated | Jeffrey R Dubin | 516-316-1123 | jdubin@thelakelawfirm | 270 W Main Street Suite 3, Sayville NY 11782 | $56,450.00 |
| 40 | Jeffrey R. Dubin, DAKK | Other Cocounsel | Contingent, Unliquidated | Jeffrey R Dubin | 516-316-1123 | jdubin@thelakelawfirm | 270 W Main Street Suite 3, Sayville NY 11782 | $56,450.00 |
| 41 | CJ Advertising LLC | Vendor | Contingent | Ben Dozier | 615-254-6634 | bdozier@cjadvertising. | 401 Church St Suite 2400, Nashville TN 37219 | $50,000.00 |
| 42 | Paul Faust | Other Cocounsel | Contingent, Unliquidated | Paul Faust | 914-316-5226 | paul@ringboost.com | 2890 W State Rd 84 Suite 106, Fort Lauderdale FL 33312 | $50,000.00 |
| 43 | Mvision LLC | Vendor | Contingent | Maury Noun | 718-219-7670 | info@mvisionusa.com | 21 N Church Rd, Saddle River NJ 07458-3003 | $49,955.00 |
| 44 | Alex Valencia Keith Telerico Scott Fuentes | Other Cocounsel | Contingent, Unliquidated | Alex Valencia | 954-646-0565 | alex@wedowebconten | 7464 NW 4th St, Plantation FL 33317 | $49,125.00 |
| 45 | Earley Law Group Injury Lawyers | Other Cocounsel | Contingent, Unliquidated | Christopher Earley | 617-444-7777 | cearley@earleylawgrou | 44 School Street Suite #605, Boston MA 02108 | $45,833.33 |
| 46 | Epiq Corporate Restructuring, LLC | Medical Records | Contingent, Disputed | ATTN: Accounts Payable | | | 777 Third Avenue 12th Floor, New York NY 10017 | Unknown |
| 47 | NY Islanders Hockey Club LP | Vendor | Contingent | ATTN: Accounts Payable | | | Corporation Service Company, 80 State Street, Albany NY 12207 | $45,000.00 |
| 48 | Buchanan Law Firm, LLC | Other Cocounsel | Contingent, Unliquidated | Deena Buchanan | 505-270-4721 | deena@dbuchananlaw | 5345 Wyoming Blvd. NE Suite 202, Albuquerque NM 87109 | $44,415.00 |
| 49 | Maria Grace Montealegre | Payroll Loan | Contingent | Grace Montealegre | 786-262-4606 | grace_montealegre@h | 765 NE 191ST St, Miami FL 33179 | $39,000.00 |
| 50 | GO-ANSWER Headquarters | Vendor | Contingent | Adam Alovis | | adam.alovis@goanswe | 401 Franklin Ave Suite # 102, Garden City NY 11530 | $36,392.66 |
| 51 | Adwire Media Inc | Third Party Broker | Contingent | Mark Olson | 954-552-2112 | mark@adwiremedia.co | 11303 NW 9th Street, Plantation FL 33325 | $30,800.00 |
| 52 | Legal Intake Professionals (LIPS) | Vendor | Contingent, Disputed | ATTN: Accounts Payable | | | 1645 Murfreesboro Pike, Nashville TN 37217 | Unknown |
| 53 | Slingshot Legal | Vendor | Disputed | ATTN: Accounts Payable | | | 10824 SE Oak Street #241, Portland OR 97222 | Unknown |
| 54 | NY Yankees Partnership | Vendor | Contingent | ATTN: Accounts Payable | | | One East 161st Street, Bronx NY 10451 | $10,000.00 |
| 55 | Falk & Klebanoff, P.C. | Other Cocounsel | Contingent, Unliquidated | Jeffrey P. Falk | 516-564-4200 | JFalk@falklawoffice.ne | 392 Woodfield Road, West Hempstead NY 11552 | $9,675.00 |
| 56 | The Miller Firm LLC | Other Cocounsel | Contingent, Unliquidated | ATTN: Accounts Payable | | | The Sherman Building, 108 Railroad Avenue, Orange VA 22960 | $5,600.00 |
| 57 | Alert Communications c/o C2C Resources LLC | Vendor | Contingent | David Mims | 866-495-0050 ext. 358 | dmims@c2cresources. | 3601 Calle Tecate STE 200, Camarillo CA 93012 | $5,500.00 |
| 58 | Young, Berman, Karpf & Karpf, P.A. | Vendor | Contingent | Andrew Berman | 305-377-2291 | aberman@ybkklaw.cor | 500 E Broward Blvd Suite 2150, Fort Lauderdale FL 33394 | $3,500.00 |
| 59 | Amie Portis Sales Commission | Commission | Contingent | Amie Portis | 512-554-5321 | amieportis@gmail.com | 22627 340th Street, Forest City IA 50436 | $1,200.00 |
| 60 | Shannon Tulloss Investigations | Vendor | Contingent | Shannon Blair-Tulloss | 818-478-7900 | shannon@tullosspi.cor | 137 N. 10th Street Suite D, Santa Paula CA 93060 | $712.26 |
| 61 | Don Worley | Other Cocounsel | Contingent, Unliquidated | Don Worley | 713-523-5500 | Don@mcdonaldworley | 1770 St James Place Ste 100, Houston TX 77056 | Unknown |
| 62 | Bullet Legal Services | Vendor | Contingent | ATTN: Accounts Payable | | | 1930 Village Center Circle #3-965, Las Vegas NV 89134 | $110.00 |
| 63 | Shelby Morales | Employee | Contingent | Shelby Morales | 817-822-1670 | shelby@thelakelawfirm | 8600 Vista Royale Dr, Fort Worth TX 76108 | Unknown |
| 64 | Anna Kamins | Employee | Contingent | Anna Kamins | 713-201-4032 | akamins@thelakelawfi | 5882 Queensloch Dr, Houston TX 77096 | Unknown |
| 65 | Edward J. Lake | Owner | Contingent | Edward J. Lake | 631-365-9077 | edlakelaw@yahoo.com | 7521 Glendevon Ln Apt 703, Delray Beach FL 33446 | $809,888.05 |
| 66 | Edward J. Lake | Owner | Contingent | Edward J. Lake | 631-365-9077 | edlakelaw@yahoo.com | 7521 Glendevon Ln Apt 703, Delray Beach FL 33446 | $111,426.71 |

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NEW YORK
www.nyeb.uscourts.gov

## AFFIRMATION OF FILER(S)

I, __EDWARD J LAKE__, am filing a bankruptcy petition at the Unites States Bankruptcy
(Print Filer's Name)

Court, E.D.N.Y. on behalf of the debtor(s), ~~Adam~~ THE LAW OFFICES OF
(Print Name of Debtor(s))
EDWARD LAKE LLC, DBA THE LAKE LAW FIRM

Filer Contact Information:
Address: 7701 Glendevon Lane #1903 Delray Beach FA 33446
Email Address: EDLAKELAW@yahoo.com
Phone Number: (631) 365-9077

## CHECK THE APPROPRIATE RESPONSES:

### ASSISTANCE PROVIDED TO DEBTOR(S):

[X] I prepared the petition for the debtor(s) and/or assisted with the paperwork by doing the following: __all__.

[ ] I did not provide the paperwork or assist in any way with completion of the forms.

### FEE RECEIVED:

[X] I was not paid.

[ ] I was paid.  Amount Paid: $ _____.

I/We hereby affirm the information above under the penalty of perjury.

Dated: __12/03/25__

_____
Filer's Signature